## Peter Ligitsos, Appellant, v. Harry Finerman, Appellee.

**Gen. No. 43,522.**

opinion filed June 28, 1946; released for publication July 13, 1946. Peter S. Sarelas, for appellant; Joseph I. Bulger, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**